IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                      Civil No. 99-1112 BB/WWD
                                                                     Crim. No. 96-411 BB

ARTHUR CARTER CLINGMAN,

    Defendant.

**SUPPLEMENT TO MAGISTRATE JUDGE'S PROPOSED FINDINGS
AND RECOMMENDED DISPOSITION**

On November 2, 2000, this Court entered proposed findings and recommended that the Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 be denied and that this cause be dismissed with prejudice in its entirety (see docket # 8).  Petitioner is also hereby noticed of the following that:

Within ten days after a party is served with a copy of the proposed findings and recommendations that party may, pursuant to 28 U.S.C. § 636(b)(1), file written objections to such proposed findings and recommendations.  A party must file any objections with the clerk of the district court within the ten day period allowed if that party wants to have appellate review of the proposed findings and recommendations.  If no objections are filed, no appellate review will be allowed.

                                                                                       _____
                                                                                   UNITED STATES MAGISTRATE JUDGE